**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman Jr.*

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 16, 2010**

_____

BK1004987
RAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

IN RE:

Rod C May
Diana L May

              Debtors

Case No. 10-53625

Chapter 7

Judge Hoffman Jr.

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #19) FOR PROPERTY LOCATED AT (684 SOUTH SYLVAN AVENUE COLUMBUS , OH 43204)**

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on June 18, 2010 as document number 19. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a).  No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 684 South Sylvan Avenue  Columbus, OH 43204.

**IT IS THEREFORE ORDERED:**

1.     The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is

terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
Bar Registration No.0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

###